# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 28, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Feb 01, 2021
DEBORAH S. HUNT, Clerk

Re: Zongli Chang
v. United States
No. 20-6985
(Your No. 19-1478)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2020 and placed on the docket January 28, 2021 as No. 20-6985.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst